ORIGINAL

```
DELGADO_B.aacg2

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL:  (671) 472-7332
FAX:  (671) 472-7215
```

**FILED**
DISTRICT COURT OF GUAM
NOV 21 2005
MARY L.M. MORAN
CLERK OF COURT

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>BILLY J. DELGADO,<br><br>        Defendant. | CRIMINAL CASE NO. 93-00034<br><br>**ANNUAL ACCOUNTING<br>IN GARNISHMENT** |

To:   SPE Guam Inc.
      Attn.: Payroll
      P.O. Box 8364
      Tamuning, Guam 96931

Pursuant to Title 28 U.S.C. § 3205(c)(9)(A), the United States of America submits the following annual accounting of the monies and property received under the Writ of Continuing Garnishment filed in the above entitled action.

Pursuant to the Writ of Continuing Garnishment issued on or about October 27, 2003, $1,875.00 has been withheld from the Judgment Debtor and applied to the judgment debt.

RESPECTFULLY SUBMITTED this 18th day of November, 2005.

                                    LEONARDO M. RAPADAS
                                    United States Attorney
                                    Districts of Guam and the NMI

                            By:     _____
                                    MARIVIC P. DAVID
                                    Assistant U.S. Attorney

PAYMENT HISTORY
FOR: 1993Z00089

DEBTOR: Delgado, Billy J.
COLLECTION TYPE: 6B
BALANCE AS OF NOVEMBER 8, 2005: $32,249.88

| DATE RCVD | FORM | COURT RECEIPT | CHECK NBR | PAYMENT AMOUNT |
|---|---|---|---|---|
| 08-NOV-2004 | GC/H | 0025415 | 65434 | $ 75.00 |
| 26-NOV-2004 | GC/H | 0025509 | 65537 | 75.00 |
| 07-DEC-2004 | GC/H | 0025570 | 65712 | 75.00 |
| 22-DEC-2004 | GC/H | 0025628 | 65769 | 75.00 |
| 11-JAN-2005 | GC/H | 0025730 | 65919 | 75.00 |
| 25-JAN-2005 | GC/H | 0025804 | 66055 | 75.00 |
| 08-FEB-2005 | GC/H | 0025888 | 66118 | 75.00 |
| 23-FEB-2005 | GC/H | 0025966 | 66222 | 75.00 |
| 08-MAR-2005 | GC/H | 0026034 | 66342 | 75.00 |
| 22-MAR-2005 | GC/H | 0026110 | 66446 | 75.00 |
| 07-APR-2005 | GC/H | 0026194 | 66575 | 75.00 |
| 25-APR-2005 | GC/H | 0026270 | 66662 | 75.00 |
| 10-MAY-2005 | GC/H | 0026369 | 66797 | 75.00 |
| 24-MAY-2005 | GC/H | 0026454 | 66908 | 75.00 |
| 08-JUN-2005 | GC/H | 0026530 | 67019 | 75.00 |
| 27-JUN-2005 | GC/H | 0026641 | 67154 | 75.00 |
| 07-JUL-2005 | GC/H | 0026694 | 67281 | 75.00 |
| 25-JUL-2005 | GC/H | 0026804 | 67397 | 75.00 |
| 11-AUG-2005 | GC/H | 0026911 | 67580 | 75.00 |
| 24-AUG-2005 | GC/H | 0026976 | 67666 | 75.00 |
| 07-SEP-2005 | GC/H | 0027043 | 67780 | 75.00 |
| 21-SEP-2005 | GC/H | 0027124 | 67870 | 75.00 |
| 11-OCT-2005 | GC/H | 0027260 | 68051 | 75.00 |
| 21-OCT-2005 | GC/H | 0027385 | 68147 | 75.00 |
| 08-NOV-2005 | GC/H | 0027499 | | 75.00 |

TOTAL DOLLAR AMOUNT OF PAYMENTS: $1,875.00