ORIGINAL

1 DelgadoBilly.amgar3

FILED
DISTRICT COURT OF GUAM
JAN 13 2006
MARY L.M. MORAN
CLERK OF COURT

2 LEONARDO M. RAPADAS
United States Attorney
3 MARIVIC P. DAVID
Assistant U.S. Attorney
4 Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
5 Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
6 FAX: (671) 472-7215

7 Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 93-00034 |
| Plaintiff, | ) | |
| vs. | ) | **STIPULATED MOTION FOR AN AMENDED WRIT OF CONTINUING GARNISHMENT** |
| BILLY JUNIOR DELGADO, | ) | |
| Defendant, | ) | |
| SPE GUAM INC., | ) | |
| Garnishee. | ) | |

WHEREAS Defendant, BILLY JUNIOR DELGADO, P.O. Box XXXX, Tamuning, Guam 96931, Social Security Number XXX-XX-5579, has requested that wages paid to the judgment defendant, in the amount of $150.00 per pay period be made payable to the Clerk, U.S. District of Guam for payment toward his restitution that is due and owing;

//

//

1     Plaintiff, UNITED STATES OF AMERICA, and Defendant, BILLY JUNIOR
2 DELGADO, hereby jointly move the Court for an order of an amended writ of continuing
3 garnishment on the wages paid to the judgment defendant, in the amount of $150.00 per pay
4 period, until his restitution obligation is paid in full.

7 Dated: 1·9·06

                              BILLY JUNIOR DELGADO
                              Defendant

                              LEONARDO M. RAPADAS
                              United States Attorney
                              Districts of Guam and the NMI

14 Dated: 1-12-06         By:

                              MARIVIC P. DAVID
                              Assistant U.S. Attorney