DELGADO_B.gar4

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
JAN 17 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 93-00034 |
| Plaintiff, ) | |
| vs. ) | **WRIT OF GARNISHMENT** |
| BILLY JUNIOR DELGADO, ) | |
| Defendant, ) | |
| DEPARTMENT OF REVENUE ) AND TAXATION, ) GOVERNMENT OF GUAM, ) | |
| Garnishee. ) | |

Upon stipulated motion of Plaintiff and Defendant for an order of a Writ of Garnishment on Defendant BILLY JUNIOR DELGADO's income tax refund including tax year 2004.

//
//
//
//
//
//

IT IS HEREBY ORDERED that Garnishee place a writ of garnishment on the income tax refund including tax year 2004 account of Billy Junior Delgado, Social Security Number XXX-XX-5579, until further notice.

Checks should be made payable to:

**CLERK, U.S. DISTRICT COURT OF GUAM**

and mailed to:

U.S. District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910

DATED this 17th day of January, 2006.

DONALD W. MOLLOY,
**Designated Judge**
District Court of Guam



RECEIVED
JAN 13 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM