ORIGINAL

1  DELGADO_B.gar5
2  LEONARDO M. RAPADAS
   United States Attorney
3  MARIVIC P. DAVID
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam 96910
   TEL: (671) 472-7332
6  FAX: (671) 472-7215

7  Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

JAN 17 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 93-00034 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **WRIT OF GARNISHMENT** |
| BILLY JUNIOR DELGADO, | ) |
| Defendant, | ) |
| DEPARTMENT OF REVENUE AND TAXATION, GOVERNMENT OF GUAM, | ) |
| Garnishee. | ) |

Upon stipulated motion of Plaintiff and Defendant for an order of a Writ of Garnishment on Defendant BILLY JUNIOR DELGADO's income tax refund including tax year 2005.

//
//
//
//
//
//

| | |
|---|---|
| 1 | IT IS HEREBY ORDERED that Garnishee place a writ of garnishment on the income tax |
| 2 | refund including tax year 2005 account of Billy Junior Delgado, Social Security Number XXX- |
| 3 | XX-5579, until further notice. |
| 4 | Checks should be made payable to: |
| 5 | **CLERK, U.S. DISTRICT COURT OF GUAM** |
| 6 | and mailed to: |
| 7 | U.S. District Court of Guam<br>4th Floor, U.S. Courthouse |
| 8 | 520 West Soledad Avenue<br>Hagåtña, Guam 96910 |
| 9 | |
| 10 | DATED this ___17___ day of ___January___, 2006. |

DONALD W. MOLLOY,
Designated Judge
District Court of Guam



RECEIVED
JAN 13 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

- 2 -
Case 1:93-cr-00034  Document 44  Filed 01/17/2006  Page 2 of 2