ORIGINAL

DelgadoBilly.amgar3

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
JAN 17 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BILLY JUNIOR DELGADO, ) <br> ) <br> Defendant, ) <br>_____) <br> ) <br> SPE GUAM INC., ) <br> ) <br> Garnishee. ) <br>_____) | CRIMINAL CASE NO. 93-00034 <br><br> **AMENDED WRIT OF CONTINUING GARNISHMENT** |

Upon stipulated motion of Plaintiff and Defendant for an order of an Amended Writ of Continuing Garnishment on Defendant, BILLY JUNIOR DELGADO's wages in the amount of $150.00 per pay period;

//
//
//



IT IS HEREBY ORDERED that Garnishee place a continuous writ of garnishment on wages in the amount of $150.00 per pay period of BILLY JUNIOR DELGADO, Social Security Number XXX-XX-5579, until further notice.

Checks should be made payable to:

**CLERK, U.S. DISTRICT COURT OF GUAM**

and mailed to:

U.S. District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910

DATED this 17th day of January, 2006.

_____
DONALD W. MOLLOY,
Designated Judge
District Court of Guam


RECEIVED
JAN 13 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM