ORIGINAL

DELGADO_B.gar4

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
JAN 23 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BILLY JUNIOR DELGADO, ) <br> ) <br> Defendant, ) <br> ———————————————— ) <br> ) <br> DEPARTMENT OF REVENUE ) <br>   AND TAXATION, ) <br> GOVERNMENT OF GUAM, ) <br> ) <br> Garnishee. ) <br> ———————————————— ) | CRIMINAL CASE NO. 93-00034 <br><br> **CERTIFICATE OF SERVICE** |

I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that filed copies of the following: **Stipulated Motion for a Writ of Garnishment** and **Writ of Garnishment** were sent to the defendant and garnishee by mail on January 19, 2006.

MICHELLE PEREZ