ORIGINAL

1 | **DELGADO_B.ter**

2 | LEONARDO M. RAPADAS
United States Attorney
3 | MARIVIC P. DAVID
Assistant U.S. Attorney
4 | Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
5 | Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
6 | FAX: (671) 472-7215

7 | Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
MAY -2 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 93-00034 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **MOTION TO TERMINATE** |
| ) | **WRIT OF CONTINUING** |
| ) | **GARNISHMENT** |
| BILLY JUNIOR DELGADO, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| SPE GUAM INC., ) | |
| ) | |
| Garnishee. ) | |

On or about October 27, 2003, a Writ of Continuing Garnishment and or about January 17, 2006, an Amended Writ of Continuing Garnishment directed to Garnishee were duly issued and served upon the Garnishee. On or about April 26, 2006, our office confirmed with

//
//
//
//
//

the garnishee that defendant is no longer employed with them and his last day was March 22, 2006. Plaintiff respectfully requests that the Court terminate the Writ of Continuing Garnishment against Defendant BILLY JUNIOR DELGADO.

DATED this 2nd day of May, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: MARIVIC P. DAVID
Assistant U.S. Attorney