1 **DELGADO_B.ord**

2 LEONARDO M. RAPADAS
United States Attorney
3 MARIVIC P. DAVID
Assistant U.S. Attorney
4 Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
5 Hagåtña, Guam 96910-5059
TEL: 472-7332
6 FAX: 472-7215

7 Attorney's for United States of America

**FILED**
DISTRICT COURT OF GUAM
MAY -3 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>BILLY JUNIOR DELGADO,<br><br>  Defendant,<br><br>SPE GUAM INC.,<br><br>  Garnishee. | CRIMINAL CASE NO. 93-00034<br><br>**O R D E R**<br><br>Re: United States Motion to Terminate Writ of Continuing Garnishment |

For the reasons set forth in the Plaintiff's Motion to Terminate Writ of Continuing Garnishment, the Writ of Continuing Garnishment directed to the above-named garnishee is hereby terminated.

**SO ORDERED** this 3rd day of May 2006.

/s/ JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

**ORIGINAL**