ORIGINAL

DELGADO_B.facg

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

**FILED**
DISTRICT COURT OF GUAM
MAY - 4 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 93-00034 |
| Plaintiff, | ) | |
| vs. | ) | **FINAL ACCOUNTING UPON** |
| BILLY JUNIOR ~~DELGADA~~ DELGADO Jr. | ) | **TERMINATION OF GARNISHMENT** |
| Defendant, | ) | |

## FINAL ACCOUNTING UPON TERMINATION OF GARNISHMENT

To:  SPE Guam Inc.
     Attn.: Payroll
     P.O. Box 8364
     Tamuning, Guam 96931

Pursuant to Title 28 U.S.C. § 3205(c)(9)(B), the United States of America submits the following cumulative accounting of all monies and property received under the Writ of Continuing Garnishment filed in the above entitled action.

Pursuant to the Writ of Continuing Garnishment issued on or about October 27, 2003, and the Amended Writ of Continuing Garnishment issued on or about January 17, 2006, $4,698.56 has been withheld from the Judgment Debtor and applied to the judgment debt.

//

//

You are notified that you have ten (10) days from the receipt of this final accounting to file a written objection to the accounting and request a hearing in accordance with Title 28, U.S.C. § 3205(c)(9)(B). If you do object, you must state your grounds for objection and send the written objection to the United States District Court of Guam, 4th Floor, U.S. Courthouse, 520 West Soledad Avenue, Hagåtña, Guam and the United States Attorney's Office, Sirena Plaza, Suite 500, 108 Hernan Cortez Avenue, Hagåtña, Guam 96910.

RESPECTFULLY SUBMITTED this 2nd day of May, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: MARIVIC P. DAVID
Assistant U.S. Attorney

PAYMENT HISTORY
FOR: 1996Z00036

DEBTOR: Delgado, Billy J.
COLLECTION TYPE: 6B
BALANCE AS OF MARCH 30, 2006:     $34,124.88

| DATE RCVD | FORM | COURT RECEIPT | CHECK NBR | PAYMENT AMOUNT |
|---|---|---|---|---|
| 24-NOV-2003 | GC/H | 0023462 | 62622 | $ 75.00 |
| 08-DEC-2003 | GC/H | 0023530 | 62777 | 75.00 |
| 23-DEC-2003 | GC/H | 0023619 | 62877 | 75.00 |
| 07-JAN-2004 | GC/H | 0023681 | 63021 | 75.00 |
| 26-JAN-2004 | GC/H | 0023769 | 63075 | 75.00 |
| 09-FEB-2004 | GC/H | 0023844 | 63243 | 75.00 |
| 25-FEB-2004 | GC/H | 0023935 | 63340 | 75.00 |
| 08-MAR-2004 | GC/H | 0024014 | 63455 | 75.00 |
| 23-MAR-2004 | GC/H | 0024122 | 63558 | 75.00 |
| 07-APR-2004 | GC/H | 0024204 | 63708 | 75.00 |
| 21-APR-2004 | GC/H | 0024325 | 63847 | 75.00 |
| 07-MAY-2004 | GC/H | 0024445 | 63981 | 75.00 |
| 24-MAY-2004 | GC/H | 0024523 | 64086 | 75.00 |
| 07-JUN-2004 | GC/H | 0024614 | 64224 | 75.00 |
| 24-JUN-2004 | GC/H | 0024713 | 64329 | 75.00 |
| 07-JUL-2004 | GC/H | 0024779 | 64472 | 75.00 |
| 26-JUL-2004 | GC/H | 0024874 | 64543 | 75.00 |
| 09-AUG-2004 | GC/H | 0024954 | 64698 | 75.00 |
| 24-AUG-2004 | GC/H | 0025022 | 64787 | 75.00 |
| 07-SEP-2004 | GC/H | 0025111 | 64952 | 75.00 |
| 22-SEP-2004 | GC/H | 0025185 | 65042 | 75.00 |
| 07-OCT-2004 | GC/H | 0025274 | 65187 | 75.00 |
| 25-OCT-2004 | GC/H | 0025335 | 65299 | 75.00 |
| 08-NOV-2004 | GC/H | 0025415 | 65434 | 75.00 |
| 26-NOV-2004 | GC/H | 0025509 | 65537 | 75.00 |
| 07-DEC-2004 | GC/H | 0025570 | 65712 | 75.00 |
| 22-DEC-2004 | GC/H | 0025628 | 65769 | 75.00 |
| 11-JAN-2005 | GC/H | 0025730 | 65919 | 75.00 |
| 25-JAN-2005 | GC/H | 0025804 | 66055 | 75.00 |
| 08-FEB-2005 | GC/H | 0025888 | 66118 | 75.00 |
| 23-FEB-2005 | GC/H | 0025966 | 66222 | 75.00 |
| 08-MAR-2005 | GC/H | 0026034 | 66342 | 75.00 |
| 22-MAR-2005 | GC/H | 0026110 | 66446 | 75.00 |
| 07-APR-2005 | GC/H | 0026194 | 66575 | 75.00 |
| 25-APR-2005 | GC/H | 0026270 | 66662 | 75.00 |
| 10-MAY-2005 | GC/H | 0026369 | 66797 | 75.00 |
| 24-MAY-2005 | GC/H | 0026454 | 66908 | 75.00 |
| 08-JUN-2005 | GC/H | 0026530 | 67019 | 75.00 |
| 27-JUN-2005 | GC/H | 0026641 | 67154 | 75.00 |
| 07-JUL-2005 | GC/H | 0026694 | 67281 | 75.00 |
| 25-JUL-2005 | GC/H | 0026804 | 67397 | 75.00 |

| DATE RCVD | FORM | COURT RECEIPT | CHECK NBR | PAYMENT AMOUNT |
|---|---|---|---|---|
| 11-AUG-2005 | GC/H | 0026911 | 67580 | $ 75.00 |
| 24-AUG-2005 | GC/H | 0026976 | 67666 | 75.00 |
| 07-SEP-2005 | GC/H | 0027043 | 67780 | 75.00 |
| 21-SEP-2005 | GC/H | 0027124 | 67870 | 75.00 |
| 11-OCT-2005 | GC/H | 0027260 | 68051 | 75.00 |
| 21-OCT-2005 | GC/H | 0027385 | 68147 | 75.00 |
| 08-NOV-2005 | GC/H | 0027499 | | 75.00 |
| 21-NOV-2005 | GC/H | 0027567 | 68349 | 75.00 |
| 07-DEC-2005 | GC/H | 0027670 | 68508 | 75.00 |
| 23-DEC-2005 | GC/H | 0027791 | 68629 | 75.00 |
| 09-JAN-2006 | GC/H | 0027886 | 68775 | 75.00 |
| 31-JAN-2006 | GC/H | 0028000 | 68857 | 150.00 |
| 07-FEB-2006 | GC/H | 0028056 | 69025 | 150.00 |
| 22-FEB-2006 | GC/H | 0028159 | 69129 | 150.00 |
| 07-MAR-2006 | GC/H | 0028229 | 69260 | 150.00 |
| 22-MAR-2006 | GC/H | 0028315 | 69315 | 150.00 |
| 30-MAR-2006 | GC/H | 0028359 | 69386 | 48.56 |

TOTAL DOLLAR AMOUNT OF PAYMENTS:    **$4,698.56**