ORIGINAL

DELGADO_B.svc

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 93-00034 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **CERTIFICATE OF SERVICE** |
| BILLY JUNIOR DELGADO, | ) |
| Defendant, | ) |
| SPE GUAM INC., | ) |
| Garnishee. | ) |

I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that filed copies of the following: **Motion to Terminate Writ of Continuing Garnishment, Order Re: United States Motion to Terminate Writ of Continuing Garnishment** and **Final Accounting Upon Termination of Garnishment** were sent to the defendant and garnishee by mail on May 5, 2006.

MICHELLE PEREZ