ORIGINAL

**DELGADO_B.taxgarter**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
JAN 3 1 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>BILLY JUNIOR DELGADO,<br><br>        Defendant,<br><br>DEPARTMENT OF REVENUE<br>    AND TAXATION,<br>GOVERNMENT OF GUAM,<br><br>        Garnishee. | CRIMINAL CASE NO. 93-00034<br><br>**MOTION TO TERMINATE<br>WRIT OF GARNISHMENT**<br>(Tax Year 2004) |

On or about January 17, 2006, a Writ of Garnishment directed to Garnishee was duly issued and served upon the Garnishee. On or about November 29, 2006, payment was received.

//
//
//
//
//

| | |
|---|---|
| 1 | Plaintiff respectfully requests that the Court terminate the Writ of Garnishment (tax year 2004) |
| 2 | against Defendant BILLY JUNIOR DELGADO. |
| 3 | DATED this 31st day of January, 2007. |

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: /s/
MARIVIC P. DAVID
Assistant U.S. Attorney