DELGADO_B.taxgarter2

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BILLY JUNIOR DELGADO,<br><br>　　　　Defendant,<br><br>DEPARTMENT OF REVENUE<br>　AND TAXATION,<br>GOVERNMENT OF GUAM,<br><br>　　　　Garnishee. | CRIMINAL CASE NO. 93-00034<br><br>**MOTION TO TERMINATE<br>WRIT OF GARNISHMENT**<br>(Tax Year 2005) |

　　　　On or about January 17, 2006, a Writ of Garnishment directed to Garnishee was duly issued and served upon the Garnishee. On or about November 29, 2006, payment was received.

//
//
//
//
//

Plaintiff respectfully requests that the Court terminate the Writ of Garnishment (tax year 2005) against Defendant BILLY JUNIOR DELGADO.

DATED this 31st day of January, 2007.

                            LEONARDO M. RAPADAS
                            United States Attorney
                            Districts of Guam and the NMI

By:    /s/
       MARIVIC P. DAVID
       Assistant U.S. Attorney