ORIGINAL

DELGADO_B.taxfacg

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

FILED
DISTRICT COURT OF GUAM
FEB -2 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BILLY JUNIOR DELGADO,<br><br>Defendant, | CRIMINAL CASE NO. 93-00034<br><br>**FINAL ACCOUNTING UPON TERMINATION OF GARNISHMENT**<br>(Tax Year 2004) |

## FINAL ACCOUNTING UPON TERMINATION OF GARNISHMENT

To:  Artemio B. Ilagan, Director
     Department of Revenue & Taxation
     P.O. Box 23607
     GMF, Guam 96921

Pursuant to Title 28 U.S.C. § 3205(c)(9)(B), the United States of America submits the following cumulative accounting of all monies and property received under the Writ of Garnishment (Tax Year 2004) filed in the above entitled action.

Pursuant to the Writ of Garnishment (Tax Year 2004) issued on or about January 17, 2006, $1,107.13 has been withheld from the Judgment Debtor and applied to the judgment debt.

//
//
//

You are notified that you have ten (10) days from the receipt of this final accounting to file a written objection to the accounting and request a hearing in accordance with Title 28, U.S.C. § 3205(c)(9)(B). If you do object, you must state your grounds for objection and send the written objection to the United States District Court of Guam, 4th Floor, U.S. Courthouse, 520 West Soledad Avenue, Hagåtña, Guam and the United States Attorney's Office, Sirena Plaza, Suite 500, 108 Hernan Cortez Avenue, Hagåtña, Guam 96910.

RESPECTFULLY SUBMITTED this 31st day of January, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/
MARIVIC P. DAVID
Assistant U.S. Attorney

PAYMENT HISTORY
FOR: 1993Z00089

DEBTOR: Delgado, Billy Junior
COLLECTION TYPE: 6A
BALANCE AS OF NOVEMBER 29, 2006: $26,331.82

| DATE RCVD | FORM | COURT RECEIPT | CHECK NBR | PAYMENT AMOUNT |
|---|---|---|---|---|
| 29-NOV-2006 | GC/H | 0030500 | 0081476 | $1,107.13 |
| | | TOTAL DOLLAR AMOUNT OF PAYMENTS: | | $1,107.13 |