ORIGINAL

1 | DELGADO_B.taxfacg

2 | LEONARDO M. RAPADAS
United States Attorney
3 | MARIVIC P. DAVID
Assistant U.S. Attorney
4 | Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
5 | Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
6 | FAX: (671) 472-7215

**FILED**
DISTRICT COURT OF GUAM
FEB -6 2007
MARY L.M. MORAN
CLERK OF COURT

7 | Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 93-00034 |
| Plaintiff, ) | |
| vs. ) | **CERTIFICATE OF SERVICE** (Tax Year 2004) |
| BILLY JUNIOR DELGADO, ) | |
| Defendant, ) | |
| DEPARTMENT OF REVENUE AND TAXATION, GOVERNMENT OF GUAM, ) | |
| Garnishee. ) | |

I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that a filed copy of the following: **Motion to Terminate Writ of Garnishment** (Tax Year 2004), **ORDER** Re: United States Motion to Terminate Writ of Garnishment (Tax Year 2004) and **Final Accounting Upon Termination Garnishment** (Tax Year 2004) were sent to the defendant and garnishee by mail on _February 6, 2007_.

MICHELLE PEREZ