ORIGINAL

1 | DELGADO_B.taxfacg2
2 | LEONARDO M. RAPADAS
United States Attorney
3 | MARIVIC P. DAVID
Assistant U.S. Attorney
4 | Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
5 | Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
6 | FAX: (671) 472-7215

**FILED**
DISTRICT COURT OF GUAM
FEB - 6 2007
MARY L.M. MORAN
CLERK OF COURT

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 93-00034 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **CERTIFICATE OF SERVICE** (Tax Year 2005) |
| BILLY JUNIOR DELGADO, | ) |
| Defendant, | ) |
| DEPARTMENT OF REVENUE AND TAXATION, GOVERNMENT OF GUAM, | ) |
| Garnishee. | ) |

I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that a filed copy of the following: **Motion to Terminate Writ of Garnishment** (Tax Year 2005), **ORDER** Re: United States Motion to Terminate Writ of Garnishment (Tax Year 2005) and **Final Accounting Upon Termination Garnishment** (Tax Year 2005) were sent to the defendant and garnishee by mail on February 6, 2007.

MICHELLE PEREZ