**DELGADO_B.stpwrit6**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 93-00034 |
| ) Plaintiff, ) | |
| ) vs. ) | **WRIT OF CONTINUING** |
| ) | **GARNISHMENT** |
| BILLY JUNIOR DELGADO, ) | |
| ) Defendant, ) | |
| ) | |
| LUEN FUNG ENTERPRISES, ) | |
| ) Garnishee. ) | |

    Upon stipulated motion of Plaintiff and Defendant for an order of a Writ of Continuing Garnishment on Defendant, BILLY JUNIOR DELGADO's wages in the amount of in the amount of Twenty percent (20%) of his disposable net income per pay period beginning November 2007.

//

//

//

IT IS HEREBY ORDERED that Garnishee place a continuous writ of garnishment on wages in the amount of in the amount of Twenty percent (20%) of his disposable net income per pay period, beginning November 2007, of BILLY JUNIOR DELGADO, Social Security Number XXX-XX-5579, until further notice.

Checks should be made payable to:

**CLERK, U.S. DISTRICT COURT OF GUAM**

and mailed to:

U.S. District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910

with a reference to court number **CR 93-00034** to ensure his account is properly credited.



**/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: Oct 18, 2007**